[No. 10770-1-III. Division Three. October 1, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. ROGER MICHAEL HOTRUM, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 89-1-01316-0, Thomas E. Merryman, J., entered April 16, 1990. *Affirmed* by unpublished opinion per Green, J. Pro Tem., concurred in by Shields, C.J., and Thompson, J.

[No. 11015-0-III. Division Three. October 3, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL ALAN MILNER, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 90-1-00714-7, Michael E. Donohue, J., entered July 13, 1990. *Reversed* by unpublished opinion per Shields, C.J., concurred in by Thompson, J., and Green, J. Pro Tem.

[No. 11247-1-III. Division Three. October 3, 1991.]

ALICE I. HOBART, *Respondent,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 89-2-00180-4, Charles W. Cone, J., entered November 16, 1990. *Reversed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Green, J. Pro Tem.